CAMILO ECHAVARRIA (State Bar No. 192481)
 camiloechavarria@dwt.com
JANET L. GRUMER (State Bar No. 232723)
 janetgrumer@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant
BANK OF AMERICA, N.A.

### UNITED STATES DISTRICT COURT                     JS-6
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN RISMANN, an individual,<br><br>                        Plaintiff,<br><br>      vs.<br><br>BANK OF AMERICA, a California Corporation, and DOES 1 through 50, inclusive,<br><br>                        Defendants. | Case No. CV 10-06664-JFW(AGRx)<br><br>**ORDER RE: DISMISSAL OF ACTION**<br><br>**[Fed. R. Civ. P 41(a)(1)(A)(ii)]**<br><br>Assigned to the Hon. John F. Walter, Courtroom 16<br><br>Action Filed: August 3, 2010 |

In consideration of the Joint Stipulation for Dismissal of Action, signed by and through counsel of record for plaintiff Evelyn Rismann and defendant Bank of America, N.A., IT IS HEREBY ORDERED that the entire action shall be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own attorneys' fees and costs.

     IT IS SO ORDERED.

DATED: February 1, 2011

_____
     The Honorable John F. Walter
Judge of the United States District Court
     for the Central District of California